UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

American Family Mutual Insurance Company,

        Plaintiff,

v.

Hantho Farms LLC, doing business as Hantho Outdoor Services; Hantho Farms Landscaping LLC; Dennis Flom; Dennis Konn; Phil Tryke; Steve Schmidgall; Yury Millman; Ben Thorson; Jeffrey Swanson; Pat Olson; Ted Pestel; Mary Pestel; Ted Rich; Shelly Werden; John Steber; Teresa Jorgenson; Lev Bakunina; Mike Peterson; Michael London; Philip Lindau; Sharon Lindau; Eileen Marcus; Dave Ahlm; Ted Mandravelis; Chris Mandravelis; Erica Nolte; Richard Eklund; Randi Feiler; Tom Johnson; John Stephens; Steve Tellers; Jesse Horowitz; Beatrice Moreaux; Stacey Newstrum; Jim Lang; Kelly Nault; Chris Larson; Sarah Rauschenberger; Kevin Bjorklund; Guy MacDonald; Stewart Rosen; Matt Butryn; Tabatha Patterson; Jessica Weng; Harvey Bryant; Marcus Super; Vicki Kacalek; Mark Steider; Dylan Quaife; Ryan Anderson; Ankit Bhatia; Brittany Anderson; Jason Cassidy; Matthew Chimento; Rheeta Chowdhury; David DeBelser; Saurabh Dua; Matt Herlofsky; Muks Kulkarni; Chalisa Litecky; Naïve Narayan; Annie Nelson; Kurt Nelson; Courtney Padgitt; Jenny Padgitt; Parameswar Alla; Jorie Pletcher; Rashmi Prasad; Jesus Sandoval; Martin Sharp; Erin Sharp; Kusikan Srinivasan; Prakash Sripada; Ajith Varghese; Kanishak Varshney; Vikram Checkkilla; Dawn

Civ. No. 23-3131 (JWB/DLM)

ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

Waltemath; JC Rodriguez; Anand Tirumalrao; Ranga Narayanam; Angie Mahoney; Alex Braginsky; Anish Kommenthakkal; Aaron Kalosis; John Manning; Tami Parker; Shashan Padiyar; Latha Padiyar; Craig Smestad; French Ridge Homeowners Association; Phesant Trails Homeowners Association; Mission Ponds Homeowners Association; Harrison Hills Homeowners Association; Allina Health Champlin; Blaine Medical Offices; Spring Lake Park Marketplace; Town Square Professional; Ulysses Medical; Northern Tool Distribution,

                Defendants.

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on October 31, 2023. (Doc. No. 16.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The October 31, 2023 Report and Recommendation (Doc. No. 16) is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

3

Date: November 27, 2023                                    _s/ Jerry W. Blackwell_____
                                                            JERRY W. BLACKWELL
                                                            United States District Judge